UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| STEVE A. MORRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV621-051 |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 30, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. To the extent that Morris' pleading sought habeas relief pursuant to 28 U.S.C. § 2254, his petition is **DISMISSED** as successive. Any non-habeas civil claim is **DISMISSED**, pursuant to the Court's Order in Morris v. Kitt, CV113-172, doc. 71 (S.D. Ga. Mar. 26, 2015). All remaining motions in this case are **DISMISSED** as moot. Docs. 7, 8, 10, 13, 14, 20, 21, 22, 28. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Applying the Certificate of Appealability (COA) standards set forth in *Brown v. United States*, 2009 WL 307872 at * 1–2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue either. 28 U.S.C. § 2253(c)(1); Rule 11(a) of the Rules Governing Habeas Corpus Cases Under 28 U.S.C. § 2254 ("The district court *must* issue or deny a certificate of appealability when it enters a final order adverse to the

applicant.") (emphasis added). Any motion for leave to appeal *in forma pauperis* therefore is moot.

    **ORDER ENTERED** at Augusta, Georgia, this 3rd day of March, 2022.

                                                    *[Signature]*
                                      J. RANDAL HALL, CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA